AO 442 (Rev. 03/15) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

United States of America
v.

ARIEL BANEGAS
*Defendant*

Case No. 22-81574-CV-MIDDLEBROOKS

## ARREST WARRANT

To: **The United States Marshal
and any authorized law enforcement officer**

**YOU ARE HEREBY COMMANDED** to arrest **ARIEL BANEGAS** (last known address: 5655 La Quinta Ct, Lake Worth, FL 33463) and bring him/her forthwith to the nearest magistrate to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of Court     ☐ Violation Notice

☐ Pretrial Services Violation Petition     **X CRIMINAL CONTEMPT (see attached Order**

charging him/her with **Criminal Contempt.**

Bond to be determined by Magistrate Judge

Date: 10/14/2022

s/Donald M. Middlebrooks
*Issuing Judicial officer's signature*

City and state: West Palm Beach, Florida

UNITED STATES DISTRICT JUDGE
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

cc: United States Marshal Service